Boss Painters Association of Brooklyn and Long Island, a Membership Corporation, Respondent, v. Abrasher Azlant, as President of Local Union No. 102 of the Brotherhood of Painters, Decorators and Paperhangers of America,

Which Said Local No. 102 Is a Voluntary Unincorporated Association Having More Than Seven Members and Having a President and Treasurer, Appellant.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.